| Approved, SCAO | | This form is available from Target Information Management, Inc. (517) 337-1211 | | Original - Court<br>1st copy - Defendant<br>2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|---|
| **STATE OF MICHIGAN**<br>36th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | | **SUMMONS AND COMPLAINT** | | **CASE NO.**<br>01-49-084 -NO-B |

| Court address | Court telephone no. |
|---|---|
| 212 Paw Paw, Paw Pae, MI 49079 | 616.657.8218 |

| Plaintiff name(s), address(es), and telephone no(s). | v | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| BRIAN RAJZER<br>76301 North M51<br>Decatur, MI 49045 | | API Outdoors, Inc. - 602 Kimbrough Dr.<br>Tallulah, LA 71282<br>API Outdoors, a division Outland Sports,<br>Outland Sports, Inc. - 8575 W. 110 St.<br>Mission, Kansas 66210<br>Paul Meeks - 101 Traci Drive<br>Tallulah, LA 71282<br><br>RECEIVED<br>JAN 15 2002<br>MADISON PARISH SHERIFF DEPT |

| Plaintiff attorney, bar no., address, and telephone no. |
|---|
| Paul Rosen (P19630)<br>ROSEN & LOVELL, P.C.<br>25505 W. Twelve Mile Rd., Ste. 1000<br>Southfield, MI 48034<br>(248) 213-2910 |

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 11/30//2001 | 3/2/2002 | Shirley K. Jackson |

*This summons is invalid unless served on or before its expiration date.

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☒ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in __Van Buren Circuit Court__. The docket number and assigned judge are:
Name of court

| Docket no. | Judge | Bar no. |
|---|---|---|
| 99-450868-NO-B | William Buhl | P11366 |

The action ☒ remains ☐ is no longer pending.

**VENUE**

| Plaintiff(s) residence | Defendant(s) residence |
|---|---|
| Van Buren County | Van Buren County |

| Place where action arose or business conducted |
|---|
| Van Buren County |

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

| Date | Signature of attorney/plaintiff |
|---|---|
| Nov. 20, 2001 | Paul Rosen |

COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.

MC 01 (10/91) SUMMONS AND COMPLAINT FOR SERVICE DEFENDANT    MCR 2.102(B)(11), MCR 2.104, MCR 2.107, MCR 2.113(C)(2)(a),(b)